IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-00249-F-1
No. 5:13-CV-00591-F

| | | |
|---|---|---|
| JAMIE M. HARGROVE, | ) | |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|    Respondent. | ) | |

This matter is before the court on Jamie M. Hargrove's Motion for Status Report [DE-227]. In his motion, Hargrove requests a status report on his pending Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

A review of the record reveals that Hargrove filed his Motion to Vacate, Set Aside, or Correct Sentence [DE-185, DE-191][1] on August 15, 2013. On November 18, 2013, the Government filed a Motion to Dismiss [DE-193] pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Hargrove responded by filing a Reply [DE-203, DE-205]. On September 16, 2014, Hargrove filed a Motion for Leave to Amend [DE-225].

Hargrove is advised that this court has a heavy docket of pending section 2255 motions and attempts to make every effort to get these motions ruled on as quickly as possible. Hargrove is further advised that if this court determines that an evidentiary hearing is necessary to address his section 2255 motion, it will be scheduled and counsel will be appointed to assist him.

SO ORDERED.

---

[1] Hargrove's initial attempt to initiate a claim for relief under 28 U.S.C. § 2255 was a non-conforming document [DE-185], which was filed on August 15, 2013. At the court's direction, Hargrove filed a "conforming" motion [DE-191] on October 4, 2013.

This the 11* day of March, 2015.

                                                         James C. Fox
                                                         Senior United States District Judge