UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tamil RobinsonDocket No. 5:11-CR-249-3BO

**Petition for Action on Supervised Release**

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tamil Robinson, who, upon an earlier plea of guilty to Possession of a Stolen Firearm and Ammunition and Aiding and Abetting; Felon in Possession of a Firearm, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 28, 2012, to the custody of the Bureau of Prisons for a term of 71 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Tamil Robinson was released from custody on January 10, 2017, at which time the term of supervised release commenced. On June 15, 2017, this case was reassigned to the Honorable Terrence W. Boyle, Chief U.S. District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 9, 2018, the defendant committed the offense of Driving While Under the Influence in Vance County, North Carolina that was previously reported in a Violation Report on November 21, 2018. Additionally, the defendant admitted to having suicidal ideations and has requested to have mental health treatment to deal with these issues. As a result of the recent violation and mental health concerns, the probation office is recommending that mental treatment be added as a condition of supervision to address any underlying issues. Additionally, the probation office will refer the defendant back to substance abuse treatment to address the recent violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller/s/ Amir A. Hunter
Jeffrey L. KellerAmir A. Hunter
Supervising U.S. Probation OfficerU.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919.861.8663
Executed On: December 04, 2018

Tamil Robinson
Docket No. 5:11-CR-249-3BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 4 day of December, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
Chief U.S. District Judge